# Exhibit 1

Schedule A

| Uploader Name | Youtube Channel Name | Channel URL | Nation of Residence |
|---|---|---|---|
| Yusipa Pailatussolihah | About Nature | https://www.youtube.com/@aboutnature87 | Indonesia |
| Rodolfo Jr Acuin | AfterMath - Disaster Videos | youtube.com/@aftermath22 | Philippines |
| Nguyen Viet Tien | Angry Nature | https://www.youtube.com/@AngryNaturee | Vietnam |
| Melda Sari | Disasters79 | https://www.youtube.com/@disasters79 | Indonesia |
| Muhammad Hani Eabd Kahil | Earth News | https://www.youtube.com/@earthnews7563 | Philippines |
| Dridi Ramzi | EVENT | https://www.youtube.com/@EVENT.Disasters | France |
| Yusipa Pailatussolihah | Facts In Nature | https://www.youtube.com/@factsinnature | Indonesia |
| Rizky Fadilah | God l WTF | https://www.youtube.com/@godwtf | Russia |
| Muhammad Irfan | IDH Weather News | https://www.youtube.com/@WeatherNewsUpdate | Unknown |
| Prokopenko Yurii | Latest Weather | https://www.youtube.com/@LatestWeatherUS | Ukraine |
| Unknown | Nature Judge | https://www.youtube.com/@naturejudge | Indonesia |
| Yusni Dio Pradana | Nature7 | https://www.youtube.com/@af76917 | Indonesia |
| Ярослав Лепетюк (Yaroslav Lepetyuk) | OpeN YouR EyeS | https://www.youtube.com/@OpeN-YouR-EyeS | Russia |
| Rahmad | Spotlight on Disaster | https://www.youtube.com/@spotlightondisaster | Unknown |
| Shadi A. N. Dhdooh | Storm Center | https://www.youtube.com/@Storm_Center | Palestinian National Authority |
| Prokopenko Yurii | Tough Weather US | https://www.youtube.com/@toughweatherus8524 | Ukraine |
| Unknown | Weather Damage | https://www.youtube.com/@WeatherDamage | Indonesia |
| Mohamed Ahmed Ibrahim Abdel Aal | weather now | https://www.youtube.com/@weathertoday7372 | Unknown |
| Шубсторська Маргарита (Shubstor margarita) | When God is Angry | https://www.youtube.com/@whengodisangry | Ukraine |
| Andrey Chundakov | When The Earth Is Angry | https://www.youtube.com/@WhenTheEarthIsAngry | Thailand |

Schedule A

| Contact Name | Page Name | Link to Infringement/Page | Counternotice | Video Infringed | Registration Status | Videographer |
|---|---|---|---|---|---|---|
| Yusipa Pailatussolihah | About Nature | https://www.youtube.com/watch?v=QqgclYJl3io | NO | https://www.youtube.com/watch?v=ygGLqD4a0jM | Not Registered | Reed Timmer |
| Yusipa Pailatussolihah | About Nature | https://www.youtube.com/watch?v=JE-pgsH0I5E | NO | https://www.youtube.com/watch?v=sVYmlElUkV8 | Not Registered | Aaron Rigsby |
| Yusipa Pailatussolihah | About Nature | https://www.youtube.com/watch?v=E1UiTsgJhrU | NO | https://www.youtube.com/watch?v=Qi1jdvtQP4c | Not Registered | Aaron Rigsby |
| Yusipa Pailatussolihah | About Nature | https://www.youtube.com/watch?v=s6ugKZS1zHo | NO | https://fb.watch/m0iDNpOCTi/ | Registered Awaiting Certificate | Aaron Jayjack |
| Yusipa Pailatussolihah | About Nature | https://www.youtube.com/watch?v=7tNiewXqnyw | NO | https://fb.watch/fZ_GsBA23y/ | Not Registered | Aaron Rigsby |
| Yusipa Pailatussolihah | About Nature | https://www.youtube.com/watch?v=gWxXQAsEduU | NO | https://www.youtube.com/watch?v=Sv56dEx5ktk | To Be Registered | Brandon Clement |
| Rodolfo Jr Acuin | AfterMath - Disaster Videos | https://www.youtube.com/watch?v=LXWhfBCIDxk | NO | https://www.youtube.com/watch?v=qEqMZn5gAQA | Registered: PA-2-414-783 | Brandon Clement |
| Rodolfo Jr Acuin | AfterMath - Disaster Videos | https://www.youtube.com/watch?v=T_IuNDtlrzo | NO | https://www.youtube.com/watch?v=Es5mZfeiA4Q | Registered: PA 2-397-898 | Brandon Clement |
| Rodolfo Jr Acuin | AfterMath - Disaster Videos | https://www.youtube.com/watch?v=LXWhfBCIDxk | NO | https://www.youtube.com/watch?v=YfWDjIfcV20 | Registered: PA-2-414-783 | Brandon Clement |
| Rodolfo Jr Acuin | AfterMath - Disaster Videos | https://www.youtube.com/watch?v=lC8X8QK8dwU | NO | https://www.youtube.com/watch?v=Es5mZfeiA4Q | Registered: PA 2-397-898 | Brandon Clement |
| Nguyen Viet Tien | Angry Nature | https://www.youtube.com/watch?v=E32QV6cYBCA | NO | https://www.youtube.com/watch?v=lxdFh8nYMgM | Registered: PA 2-388-966 | Reed Timmer |
| Nguyen Viet Tien | Angry Nature | https://www.youtube.com/watch?v=E32QV6cYBCA | NO | https://www.youtube.com/watch?v=M0pYWXq7dqw | Not Registered | Pecos Hank |
| Nguyen Viet Tien | Angry Nature | https://www.youtube.com/watch?v=G9cFiX04E-Y | NO | https://www.youtube.com/watch?v=lxdFh8nYMgM | Registered: PA 2-388-966 | Reed Timmer |
| Nguyen Viet Tien | Angry Nature | https://www.youtube.com/watch?v=wye5_Y_m1gE | NO | https://www.youtube.com/watch?v=lxdFh8nYMgM | Registered: PA 2-388-966 | Reed Timmer |
| Nguyen Viet Tien | Angry Nature | https://www.youtube.com/watch?v=GsHC5xBS0Yg | NO | https://www.youtube.com/watch?v=ic7P9fz3yYQ | Not Registered | Reed Timmer |
| Nguyen Viet Tien | Angry Nature | https://www.youtube.com/watch?v=E32QV6cYBCA | NO | https://www.youtube.com/watch?v=y73ZVT56Sz4 | Not Registered | Pecos Hank |
| Nguyen Viet Tien | Angry Nature | https://www.youtube.com/watch?v=cIvDxEXE34o | NO | https://www.youtube.com/watch?v=HHK0UO4zAy0 | Not Registered | Max Olson |
| Nguyen Viet Tien | Angry Nature | https://www.youtube.com/watch?v=Yhj0sQ-GhTc | NO | https://www.youtube.com/watch?v=al8yTiCVfro | Registered: PA 2-381-497 | Max Olson |
| Melda Sari | Disasters79 | https://www.youtube.com/watch?v=urrweXt3Nz4 | NO | https://www.facebook.com/watch/?v=1129501934467512 | Registered: PA 2-349-490 | News Media Network |
| Melda Sari | Disasters79 | https://www.youtube.com/watch?v=o89zs4WqiXI | NO | https://www.youtube.com/watch?v=Gfr8MExtDYI | Not Registered | Pecos Hank |
| Melda Sari | Disasters79 | https://www.youtube.com/watch?v=4KaGV1_uowY | NO | https://www.youtube.com/watch?v=FjA9IgdbGT0 | Not Registered | Brian Emfinger |
| Melda Sari | Disasters79 | https://www.youtube.com/watch?v=oDEG4P0Tik8 | NO | https://www.youtube.com/watch?v=Qi1jdvtQP4c | Not Registered | Aaron Rigsby |
| Melda Sari | Disasters79 | https://www.youtube.com/watch?v=7mgwixBwgI0 | NO | https://www.youtube.com/watch?v=Sv56dEx5ktk | Registered Awaiting Certificate | Brandon Clement |
| Melda Sari | Disasters79 | https://www.youtube.com/watch?v=pbMOnP4jT4E | NO | https://www.youtube.com/watch?v=ii46SWfIrZA | Not Registered | Aaron Jayjack |
| Melda Sari | Disasters79 | https://www.youtube.com/watch?v=o89zs4WqiXI | NO | https://www.youtube.com/watch?v=znheYs5noWU | Not Registered | Alec Scholten |
| Muhammad Hani Eabd Kahil | Earth News | https://www.youtube.com/watch?v=Z5WNZzaDWFM | NO | https://www.youtube.com/watch?v=bdpa0y2hHXU | Registered: PA 2-388-966 | Reed Timmer |
| Muhammad Hani Eabd Kahil | Earth News | https://www.youtube.com/watch?v=bgKNNS3GTyI | NO | https://twitter.com/weather_buffalo/status/1637460059729821698?s=20 | Not Registered | Richard Hulburd |
| Dridi Ramzi | EVENT | https://www.youtube.com/watch?v=SK4C0pyeBOQ | NO | https://www.youtube.com/watch?v=Q7X3fyId2U0 | Not Registered | Pecos Hank |
| Dridi Ramzi | EVENT | https://www.youtube.com/watch?v=8sV1KC36ZEs | NO | https://www.youtube.com/watch?v=Qi1jdvtQP4c | Not Registered | Aaron Rigsby |

Schedule A

| Contact Name | Page Name | Link to Infringement/Page | Counternotice | Video Infringed | Registration Status | Videographer |
|---|---|---|---|---|---|---|
| Dridi Ramzi | EVENT | https://www.youtube.com/watch?v=CD5ecMapGnU | NO | https://www.youtube.com/watch?v=eBjqMwaInkw | Not Registered | Aaron Rigsby |
| Dridi Ramzi | EVENT | https://www.youtube.com/watch?v=gSkPaP6IO-M | NO | https://www.youtube.com/watch?v=al8yTiCVfro | Not Registered | Max Olson |
| Yusipa Pailatussolihah | Facts In Nature | https://www.youtube.com/watch?v=F4eEC_l7AkU | NO | https://www.youtube.com/watch?v=5RfuGEjrHbE | Not Registered | Brandon Clement |
| Yusipa Pailatussolihah | Facts In Nature | https://www.youtube.com/watch?v=YrP7di7T7Uk | NO | https://www.youtube.com/watch?v=FjA9IgdbGT0 | Not Registered | Brett Adair |
| Yusipa Pailatussolihah | Facts In Nature | https://www.youtube.com/watch?v=ag3994mNLOM | NO | https://www.youtube.com/watch?v=Sv56dEx5ktk | Not Registered | Brandon Clement |
| Rizky Fadilah | God l WTF | https://www.youtube.com/watch?v=W3y3aH2hr_E | YES | https://www.instagram.com/p/CwkgqKyyHKu/ | To Be Registered | Brandon Clement |
| Rizky Fadilah | God l WTF | https://www.youtube.com/watch?v=hIUXW9Xrbj4 | YES | https://www.youtube.com/watch?v=6w6RsKK0n_Y | Not Registered | Noah Tomkinson |
| Rizky Fadilah | God l WTF | https://www.youtube.com/watch?v=qHgcyDJfaA8 | YES | https://www.youtube.com/watch?v=FiaHnYrbJrk | Registered: PA 2-339-957 | Brandon Clement |
| Rizky Fadilah | God l WTF | https://www.youtube.com/watch?v=cEPz3ZFNIrI | YES | https://www.youtube.com/watch?v=OtyszpKVyuw | Not Registered | Brandon Clement |
| Rizky Fadilah | God l WTF | https://www.youtube.com/watch?v=hO3vlwmxlNE | YES | https://www.youtube.com/watch?v=FiaHnYrbJrka | Registered: PA 2-339-957 | Brandon Clement |
| Muhammad Irfan | IDH Weather News | https://www.youtube.com/watch?v=8JPxNjl3yKE | NO | https://www.youtube.com/watch?v=al8yTiCVfro | Registered | Max Olson |
| Muhammad Irfan | IDH Weather News | https://www.youtube.com/watch?v=9b-NZ2O-B_w | NO | https://www.youtube.com/watch?v=j00eaG0CHNE | Not Registered | Brandon Clement |
| Muhammad Irfan | IDH Weather News | https://www.youtube.com/watch?v=ORcRiT5zyZo | NO | https://www.youtube.com/watch?v=j00eaG0CHNE | Not Registered | Brandon Clement |
| Muhammad Irfan | IDH Weather News | https://www.youtube.com/watch?v=voirRrwPq18 | NO | https://www.youtube.com/watch?v=al8yTiCVfro | Registered: PA 2-381-497 | Max Olson |
| Muhammad Irfan | IDH Weather News | https://www.youtube.com/watch?v=y_XHzjKS4qE | NO | https://www.youtube.com/watch?v=cGGNSkyjfS0 | Not Registered | Brett Adair |
| Prokopenko Yurii | Latest Weather | https://www.youtube.com/watch?v=LHI_2HTXL5Y | YES | https://www.instagram.com/reel/Cvoe-6nLrkW/?igshid=MzRlODBiNWFlZA%3D%3D&fbclid=IwAR1Lrl5SePYBt_hyYr8B9BA4kOMTmBEqvsBtr_BL28GRp_7m9DbM5hP2P34 | To Be Registered | Noah Tomkinson |
| Prokopenko Yurii | Latest Weather | https://www.youtube.com/watch?v=TQHZt_m7qM0 | NO | https://www.youtube.com/watch?v=cKI7btWBte8 | Not Registered | Brian Emfinger |
| Prokopenko Yurii | Latest Weather | https://www.youtube.com/watch?v=FR-_cCM5LRI | YES | https://www.youtube.com/watch?v=GI6_R2bWzW8 | Not Registered | Reed Timmer |
| Prokopenko Yurii | Latest Weather | https://www.youtube.com/watch?v=Kxj11L5Yl4w | YES | https://www.youtube.com/watch?v=al8yTiCVfro | Registered: PA 2-381-497 | Max Olson |
| Unknown | Nature Judge | https://www.youtube.com/watch?v=gjKs9SlAmMY | NO | https://www.youtube.com/watch?v=al8yTiCVfro | Registered Awaiting Certificate | Max Olson |
| Unknown | Nature Judge | https://www.youtube.com/watch?v=IhqqX9NTkTc | NO | https://www.youtube.com/watch?v=al8yTiCVfro | Registered Awaiting Certificate | Max Olson |
| Unknown | Nature Judge | https://www.youtube.com/watch?v=7hGrz4nkMdA | NO | https://www.youtube.com/watch?v=Qi1jdvtQP4c | Not Registered | Aaron Rigsby |
| Unknown | Nature Judge | https://www.youtube.com/watch?v=7hGrz4nkMdA | NO | https://www.youtube.com/watch?v=al8yTiCVfro | Not Registered | Max Olson |
| Unknown | Nature Judge | https://www.youtube.com/watch?v=SD4L-76LA5A | NO | https://www.youtube.com/watch?v=hSdeC6hAIAM | Not Registered | Brandon Clement |
| Unknown | Nature Judge | https://www.youtube.com/watch?v=eKWuLlxOeKI | NO | https://www.youtube.com/watch?v=YE9nSFjNDiY | Not Registered | Brett Adair |
| Unknown | Nature Judge | https://www.youtube.com/watch?v=JCUUJlyEP2s | NO | https://www.youtube.com/watch?v=Sv56dEx5ktk | Not Registered | Brandon Clement |
| Yusni Dio Pradana | Nature7 | https://www.youtube.com/watch?v=e3alCz4lkiU | NO | https://www.youtube.com/watch?v=WYNoBuqTSZE | Not Registered | Brandon Clement |
| Yusni Dio Pradana | Nature7 | https://www.youtube.com/watch?v=vb7Z9b0d77I | NO | https://www.youtube.com/watch?v=GI6_R2bWzW8 | Not Registered | Reed Timmer |
| Yusni Dio Pradana | Nature7 | https://www.youtube.com/watch?v=MFqWVlMowI8 | NO | https://www.youtube.com/watch?v=U-qBFdm0B_4 | Not Registered | Aaron Rigsby |

Schedule A

| Contact Name | Page Name | Link to Infringement/Page | Counternotice | Video Infringed | Registration Status | Videographer |
|---|---|---|---|---|---|---|
| Yusni Dio Pradana | Nature7 | https://www.youtube.com/watch?v=MFqWVlMowI8 | NO | https://www.youtube.com/watch?v=lT9dre7u4Ok | Not Registered | Reed Timmer |
| Yusni Dio Pradana | Nature7 | https://www.youtube.com/watch?v=v7htqzR-qCw | NO | https://www.youtube.com/watch?v=al8yTiCVfro | Registered: PA 2-381-497 | Max Olson |
| Ярослав Лепетюк (Yaroslav Lepetyuk) | OpeN YouR EyeS | https://www.youtube.com/watch?v=FXMwJK6XSto | YES | https://www.youtube.com/watch?v=xOgSRYpwMqM | Registered: PA 2-412-841 | Brandon Clement |
| Ярослав Лепетюк (Yaroslav Lepetyuk) | OpeN YouR EyeS | https://www.youtube.com/watch?v=LjUZD8oB61Q | YES | https://www.youtube.com/watch?v=2okncHTWpD8 | Registered: PA 2-364-276 | Jonathan Petramala |
| Ярослав Лепетюк (Yaroslav Lepetyuk) | OpeN YouR EyeS | https://www.youtube.com/watch?v=FUQ6j7K_fB8 | YES | https://www.youtube.com/watch?v=PFSizOheU_k | Registered: PA 2-369-592 | Brandon Clement |
| Rahmad | Spotlight on Disaster | https://www.youtube.com/watch?v=O4pXPMIWp3M | NO | https://www.youtube.com/watch?v=qW5ON47CLLo | Registered: PA 2-388-958 | Brandon Clement |
| Rahmad | Spotlight on Disaster | https://www.youtube.com/watch?v=F__ovDf0Wq4 | NO | https://www.youtube.com/watch?v=V30vztsFF8Y | Registered: PA 2-388-966 | Reed Timmer |
| Rahmad | Spotlight on Disaster | https://www.youtube.com/watch?v=F__ovDf0Wq4 | NO | https://www.youtube.com/watch?v=al8yTiCVfro | Registered: PA 2-381-497 | Max Olson |
| Rahmad | Spotlight on Disaster | https://www.youtube.com/watch?v=1ZRGmFPpdiY | NO | https://www.youtube.com/watch?v=gznL1DYG8E8 | Not Registered | Kevin Henderson |
| Rahmad | Spotlight on Disaster | https://www.youtube.com/watch?v=1ZRGmFPpdiY | NO | https://www.youtube.com/watch?v=i1d7j29sgxU | Not Registered | Brad Arnold |
| Shadi A. N. Dhdooh | Storm Center | https://www.youtube.com/watch?v=oGhLDmNFCps | NO | https://www.youtube.com/watch?v=T3Wi5mzzlqo | Not Registered | Brandon Clement |
| Shadi A. N. Dhdooh | Storm Center | https://www.youtube.com/watch?v=Rqea0VASpe0 | NO | https://fb.watch/fZ_GsBA23y/ | Not Registered | Aaron Rigsby |
| Shadi A. N. Dhdooh | Storm Center | https://www.youtube.com/watch?v=eitFtE6P_-4 | NO | https://fb.watch/fZ_GsBA23y/ | Not Registered | Aaron Rigsby |
| Shadi A. N. Dhdooh | Storm Center | https://www.youtube.com/watch?v=NAsNA0RNFEU | NO | https://twitter.com/ReedTimmerAccu/status/1648857989091151875?s=20 | Registered Awaiting Certificate | Reed Timmer |
| Shadi A. N. Dhdooh | Storm Center | https://www.youtube.com/watch?v=NXv_Ln0T_IA | NO | https://fb.watch/fZ_GsBA23y/ | Not Registered | Aaron Rigsby |
| Shadi A. N. Dhdooh | Storm Center | https://www.youtube.com/watch?v=D7V5vfkko0I | NO | https://www.youtube.com/watch?v=lZ9hOv_t_Uc | Not Registered | Brandon Clement |
| Shadi A. N. Dhdooh | Storm Center | https://www.youtube.com/watch?v=bWncs50WNu8 | NO | https://fb.watch/fZ_GsBA23y/ | Not Registered | Aaron Rigsby |
| Shadi A. N. Dhdooh | Storm Center | https://www.youtube.com/watch?v=dupmNmRGjCU | NO | https://www.youtube.com/watch?v=CJA9Bu_CSpQ | Not Registered | Brandon Clement |
| Prokopenko Yurii | Tough Weather US | https://www.youtube.com/watch?v=Er92JhMkVVY | NO | https://twitter.com/weather_buffalo/status/1606755893034508290 | Not Registered | Richard Hulburd |
| Prokopenko Yurii | Tough Weather US | https://www.youtube.com/watch?v=Tm9VMFTWCl8 | NO | https://www.youtube.com/watch?v=al8yTiCVfro | Registered: PA 2-381-497 | Max Olson |
| Prokopenko Yurii | Tough Weather US | https://www.youtube.com/watch?v=mIvpUnxHSOo | NO | https://www.youtube.com/watch?v=al8yTiCVfro | Registered: PA 2-381-497 | Max Olson |
| Prokopenko Yurii | Tough Weather US | https://www.youtube.com/watch?v=RCLrKHK-9Ng | NO | https://www.instagram.com/p/CwkgqKyyHKu/ | To Be Registered | Brandon Clement |
| Unknown | Weather Damage | https://www.youtube.com/watch?v=LV5KR8tDYvk | NO | https://www.instagram.com/p/CwkgqKyyHKu/ | Not Registered | Brandon Clement |
| Unknown | Weather Damage | https://www.youtube.com/watch?v=K2geZRDuXeA | NO | https://www.youtube.com/watch?v=P_qG-dtvKWg | Not Registered | Reed Timmer |
| Unknown | Weather Damage | https://www.youtube.com/watch?v=aBF3jIeZ-fc | NO | https://www.youtube.com/watch?v=al8yTiCVfro | Registered: PA 2-381-497 | Max Olson |
| Unknown | Weather Damage | https://www.youtube.com/watch?v=0DViawyZ3d0 | NO | https://www.youtube.com/watch?v=al8yTiCVfro | Registered: PA 2-381-497 | Max Olson |
| Unknown | Weather Damage | https://www.youtube.com/watch?v=gbBKyvbQloo | NO | https://www.youtube.com/watch?v=AM7atQW3lBE | Not Registered | Brandon Clement |
| Unknown | Weather Damage | https://www.youtube.com/watch?v=BxW9NzQxknU | NO | https://www.youtube.com/watch?v=j00eaG0CHNE | Not Registered | Brandon Clement |
| amed Ahmed Ibrahim Abdel | weather now | https://www.youtube.com/watch?v=lvmhcwIR5qk | NO | https://www.youtube.com/watch?v=PFSizOheU_k | Registered: PA 2-369-592 | Brandon Clement |

Schedule A

| Contact Name | Page Name | Link to Infringement/Page | Counternotice | Video Infringed | Registration Status | Videographer |
|---|---|---|---|---|---|---|
| amed Ahmed Ibrahim Abdel | weather now | https://www.youtube.com/watch?v=8jTy94p3xpQ | NO | https://fb.watch/gFpf33cPK1/ | Not Registered | Reed Timmer |
| amed Ahmed Ibrahim Abdel | weather now | https://www.youtube.com/watch?v=lvmhcwIR5qk | NO | https://www.youtube.com/watch?v=PFSizOheU_k | Registered: PA 2-369-592 | Brandon Clement |
| Шубсторська Маргарита (Shubstor margarita) | When God is Angry | https://www.youtube.com/watch?v=4ONFwjzdfhU | YES | https://www.youtube.com/watch?v=53lwzSwydhg | Not Registered | Reed Timmer |
| Шубсторська Маргарита (Shubstor margarita) | When God is Angry | https://www.youtube.com/watch?v=oOyGv-tJyG4 | YES | https://fb.watch/m0iDNpOCTi/ | Registered Awaiting Certificate | Aaron Jayjack |
| Шубсторська Маргарита (Shubstor margarita) | When God is Angry | https://www.youtube.com/watch?v=-cWxt_-gDuo | NO | https://www.youtube.com/watch?v=PFSizOheU_k | Registered: PA 2-369-592 | Brandon Clement |
| Andrey Chundakov | When The Earth Is Angry | https://www.youtube.com/watch?v=-989rUvzTb4 | NO | https://www.youtube.com/watch?v=RyaaJ0XDaWA | Not Registered | Michael Steinberg |
| Andrey Chundakov | When The Earth Is Angry | https://www.youtube.com/watch?v=-N6W0V5zzwQ | NO | https://www.youtube.com/watch?v=fppIslxnqBw | Registered: PA 2-407-775 | Brandon Clement |
| Andrey Chundakov | When The Earth Is Angry | https://www.youtube.com/watch?v=hISiKEjdJ3w | NO | https://www.youtube.com/watch?v=TGke73qGkJ0 | Registered: PA 2-393-277 | Brandon Clement |
| Andrey Chundakov | When The Earth Is Angry | https://www.youtube.com/watch?v=Me1_zX_Vljc | NO | https://www.youtube.com/watch?v=n15JJy1wkRY | Not Registered | Stephen Jones |
| Andrey Chundakov | When The Earth Is Angry | https://www.youtube.com/watch?v=UbzA4csF4r0 | NO | https://www.youtube.com/watch?v=U-qBFdm0B_4 | Not Registered | Aaron Rigsby |
| Andrey Chundakov | When The Earth Is Angry | https://www.youtube.com/watch?v=hWBW5-tGYAE | NO | https://www.youtube.com/watch?v=Sv56dEx5ktk | To Be Registered | Brandon Clement |
| Andrey Chundakov | When The Earth Is Angry | https://www.Fn.youtube.com/watch?v=Fn-CGpXn3oo | NO | https://www.youtube.com/watch?v=tl8WZTo1cKU&ab | Registered Awaiting Certificate | Brandon Clement |
| Andrey Chundakov | When The Earth Is Angry | https://www.youtube.com/watch?v=G-XLZDQ1EuQ | NO | https://www.youtube.com/watch?v=PFSizOheU_k | Registered: PA 2-369-592 | Brandon Clement |
| Andrey Chundakov | When The Earth Is Angry | https://www.youtube.com/watch?v=ofTQp4DFxuY | NO | https://fb.watch/joeNS0CwuS/ | Registered: PA 2-360-287 | Reed Timmer |
| Andrey Chundakov | When The Earth Is Angry | https://www.youtube.com/watch?v=aae5ZB8CyUI | NO | https://www.youtube.com/watch?v=pBuZkS2K5Coer | Not Registered | Brian Emfinger |
| Andrey Chundakov | When The Earth Is Angry | https://www.youtube.com/watch?v=CJt0ZhOk1d0 | NO | https://fb.watch/m0iDNpOCTi/ | Registered Awaiting Certificate | Aaron Jayjack |
| Andrey Chundakov | When The Earth Is Angry | https://www.youtube.com/watch?v=WrykmFw7z00 | NO | https://fb.watch/m0iDNpOCTi/ | Registered Awaiting Certificate | Aaron Jayjack |
| Andrey Chundakov | When The Earth Is Angry | https://www.youtube.com/watch?v=5_Pr44l410U | NO | https://www.youtube.com/watch?v=DPkDgcAhhSg&ab | Registered Awaiting Certificate | Brandon Clement |
| Andrey Chundakov | When The Earth Is Angry | https://www.youtube.com/watch?v=X7AEKN9uXak | NO | https://www.youtube.com/watch?v=ORmTeK9HDj8&ab | Registered Awaiting Certificate | Brandon Clement |