# Exhibit 1

| Link to Infringement | Original Source | Registration Status | Title of Work | Author | CMI Claim | False Counternotice Claim |
|---|---|---|---|---|---|---|
| https://www.youtube.com/watch?v=W3y3aH2hr_E | https://www.instagram.com/p/CwkgqKyyHKu/ | Not Registered | Hurricane Idalia's Impact: Reversed River & Sailboats Collide! | Brandon Clement | Y | Y |
| https://www.youtube.com/watch?v=hIUXW9Xrbj4 | https://www.youtube.com/watch?v=6w6RsKK0n_Y | Not Registered | 08-08-2023 Lahaina Maui, Front Street - Wildfire Surviors Fleeing to Ocean Led to Safety by Firemen | Noah Tomkinson | N | Y |
| https://www.youtube.com/watch?v=qHgcyDJfaA8 | https://www.youtube.com/watch?v=FiaHnYrbJrk | PA 2-339-957 | 12-11-2021 Mayfield, Ky At least high end EF4 damage- total destruction- Drone | Brandon Clement | N | Y |
| https://www.youtube.com/watch?v=cEPz3ZFNIrI | https://www.youtube.com/watch?v=OtyszpKVyuw | Not Registered | 01-28-2021 Truckee, CA - Semi's buried in snow along I-80, feet of snow burying everything | Brandon Clement | Y | Y |
| https://www.youtube.com/watch?v=hO3vlwmxlNE | https://www.youtube.com/watch?v=FiaHnYrbJrk | PA 2-339-957 | 12-11-2021 Mayfield, Ky At least high end EF4 damage- total destruction- Drone | Brandon Clement | N | Y |