# Exhibit 1

Economic Research Resources ⌄    Switch Products ⌄    My Account ⌄

# FRED
ECONOMIC DATA | ST. LOUIS FED

Search FRED ...

Release Calendar    FRED Tools ⌄    FRED News    FRED Blog    About FRED ⌄

Categories › Money, Banking, & Finance › Interest Rates › Treasury Constant Maturity

☆ **Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis** (DGS1)

DOWNLOAD ⬇

| Observation | Units: | Frequency: | 1Y | 5Y | 10Y | Max | EDIT GRAPH ⚙ |
|---|---|---|---|---|---|
| 2024-08-23: 4.36 | Percent, | Daily | 2019-08-23 to 2024-08-23 | |
| (+ more) | Not Seasonally Adjusted | | | |
| Updated: Aug 26, 2024 3:17 PM CDT | | | | |



Shaded areas indicate U.S. recessions.    Source: Board of Governors of the Federal Reserve System (US)    fred.stlouisfed.org

Share Links 🔗    Account Tools ⚙                                                          𝕏  ⬤  f  in

## NOTES

**Source:** Board of Governors of the Federal Reserve System (US) ⬈    **Release:** H.15 Selected Interest Rates ⬈

**Units:** Percent, Not Seasonally Adjusted

**Frequency:** Daily

For further information regarding treasury constant maturity data, please refer to the H.15 Statistical Release notes and the Treasury Yield Curve Methodology.

**Suggested Citation:**
Board of Governors of the Federal Reserve System (US), Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis [DGS1], retrieved from FRED, Federal Reserve Bank of St. Louis; https://fred.stlouisfed.org/series/DGS1, August 27, 2024.

## RELEASE TABLES

### H.15 Selected Interest Rates

📊 Selected Interest Rates Instruments, Yields in percent per annum: Daily

## RELATED DATA AND CONTENT

### Data Suggestions Based On Your Search

| Market Yield on U.S. Treasury Securities at 5-Year Constant Maturity, Quoted on an ... | Market Yield on U.S. Treasury Securities at 3-Year Constant Maturity, Quoted on an ... | Market Yield on U.S. Treasury Securities at 2-Year Constant Maturity, Quoted on an ... | Market Yield on U.S. Treasury Securities at 3-Month Constant Maturity, Quoted on ... |
|---|---|---|---|

See More...

### Content Suggestions

| FRED Blog Top FRED Blog posts in 2021 | FRED Blog What's behind the recent surge in the M1 money supply? | FRED Blog What's happened so far with the return on safe and liquid assets? | ALFRED Vintage Series Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an ... |
|---|---|---|---|

See More...

### Other Formats

Annual, Not Seasonally Adjusted    Monthly, Not Seasonally Adjusted    Weekly, Not Seasonally Adjusted

### Related Categories

Treasury Constant Maturity    Interest Rates    Money, Banking, & Finance

### Releases

More Series from H.15 Selected Interest Rates

### Tags

1-Year    Maturity    H.15 Selected Interest Rates    Treasury    Daily    Interest Rate    Interest    Board of Governors    Nation    Public Domain: Citation Requested    Not Seasonally Adjusted

United States of America

🔻 Filter 0

**NEED HELP?**
Questions or Comments
FRED Help

**SUBSCRIBE TO THE FRED NEWSLETTER**
Email                    Subscribe

FOLLOW US
𝕏  f  ▶  in

Federal Reserve Bank of St. Louis, One Federal Reserve Bank Plaza, St. Louis, MO 63102

Legal    Privacy Notice & Policy